UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __10-1064 M__

2) Defendant's Name: __NORTON__   __DAVID__   __ROY__
   (Last)   (First)   (M.I.)

3) Age: _____

4) Title: _____  Section(s): _____

5) Citizen of: _____  Needs: _____ Interpreter

6) Arrest Warrant Issued: _____  Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes  __No   Other District: _____

8) Name of Interpreter used today: _____  Language: _____

9) Arraignment on complaint held: __X__ Yes  ___ No  Date/Time: __9/15/10__

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: ✓

11) Temporary Order of Detention Entered: ____  Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____ ; or waived: ✓

    (b) Removal Hearing set for: _____ ; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __TODD KAMINSKY__

14) DEFENSE COUNSEL'S NAME: __PAUL MADDEN__
    Address: _____
    Bar Code: _____ CJA: __X__ FDNY: ____ RET: ____
    Telephone Number: (____) _____

15) LOG #: ____ ( 4:35 4:30 )  MAG. JUDGE: __MARILYN D. GO__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: __Yes  __No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE